IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANN HWANG | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-927 |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | : : : | |

# ORDER

AND NOW, this 22nd day of April 2019, upon considering Defendant's partial Motion to dismiss (ECF Doc. No. 6), Plaintiff's Opposition (ECF Doc. No. 7), and for reasons in the accompanying Memorandum, it is **ORDERED:**

1. Defendant's partial Motion to dismiss (ECF Doc. No. 6) is **GRANTED**;

2. We dismiss Plaintiff's claims for bad faith and punitive damages without prejudice;

and,

3. Defendant shall answer the Complaint no later than **May 6, 2019**.

_____
KEARNEY, J.